**FILED**
October 28, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **HENRY B. BERROCAL,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL NO. SA-25-CV-279-OLG** |
| **TODD BLANCHE *et al.*,** | § | |
| **Defendants.** | § | |

**ORDER**

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (Dkt. No. 77), filed on September 9, 2026, concerning the Motions to Dismiss (Dkt. Nos. 14; 58) filed by Defendants Todd Blanche and Ken Paxton. No party filed objections to the Report.

When no party objects to a magistrate judge's report and recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's report and recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the entirety of the Report and is of the opinion that it is in all things correct. Accordingly, the Report (Dkt. No. 77) is **ACCEPTED** and, for the reasons set forth therein, the Motions to Dismiss (Dkt. Nos. 14; 58) are **GRANTED IN PART** such that Plaintiff Henry B. Berrocal's claims against Blanche and Paxton are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS SO ORDERED.**

**SIGNED** on October 28, 2026.

ORLANDO L. GARCIA
United States District Judge